UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIALUN WU,

Plaintiff,

-*against*-

BINANCE HOLDING LIMITED *and* YI HE,

Defendants.

**ORDER**

25-cv-10325 (ER)

RAMOS, D.J.

Jialun Wu, who is proceeding *pro se*, filed a complaint against Binance Holding Limited and Yi He on December 12, 2025. Doc. 1. Summonses were issued the same day. Doc. 2. Since then, however, there has been no activity in this case.

Wu is instructed to file a status letter by October 15, 2026. Failure to do so may result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Additionally, Wu is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.