UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIALUN WU,

Plaintiff,

– *against* –

BINANCE HOLDING LIMITED *and* YI HE,

Defendants.

**ORDER**

25-cv-10325 (ER)

Ramos, D.J.:

Jialun Wu, who is proceeding *pro se*, filed a complaint against Binance Holding Limited and Yi He on December 12, 2025. Doc. 1. Summons were issued the same day, but Wu has not filed an affidavit of service and the Defendants have not appeared. Doc. 2. On October 9, 2026, the Court instructed Wu to file a status letter by October 15, 2026. Doc 6. October 15 has now passed without Wu's response. For the reasons set forth below, the Court dismisses this case for failure to execute service under Federal Rule of Civil Procedure 4(m).

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

Over ten months have passed since Wu filed the complaint. Wu has also failed to provide the Court with a status report, even when warned that failure to respond could result in dismissal

under Rule 4(m). Doc. 6. Accordingly, the Court dismisses Wu's action without prejudice. The Clerk of Court is respectfully directed to terminate any pending motions and to close the case.

It is SO ORDERED.

Dated: October 23, 2026
New York, New York

Edgardo Ramos, U.S.D.J.